# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ENAZ WANZER                                                    PLAINTIFF

v.                         No. 2:16-cv-145-DPM

KIPP DELTA CHARTER SCHOOL
DISTRICT                                                       DEFENDANT

## ORDER

Kipp Delta's motion to withdraw its motion for judgment on the pleadings, № 15, is granted. The Court applauds Kipps' candor about the calculation error on the first claim. And there is no prejudice to Wanzer, of course, in allowing the second claim to go forward as well. The motion for judgment on the pleadings, № 8, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2017