IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ENAZ WANZER                                                              PLAINTIFF

v.                            No. 2:16-cv-145-DPM

KIPP DELTA CHARTER
SCHOOL DISTRICT                                                         DEFENDANT

## ORDER

For the reasons stated on the record at the 6 July 2018 hearing, Wanzer's motion, № 30, is partly granted and partly denied; the District's motion, № 35, is also partly granted and partly denied. Wanzer is entitled to a reasonable attorney's fee, and other costs, for her lawyer's work in the administrative proceeding and before this Court. Stipulation or motion due by 7 August 2018. Wanzer's other, non-fee-related claims will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2018