IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ENAZ WANZER                                                                PLAINTIFF

v.                          No. 2:16-cv-145-DPM

KIPP DELTA CHARTER
SCHOOL DISTRICT                                                            DEFENDANT

## JUDGMENT

Enaz Wanzer shall have judgment against the KIPP Delta Charter School District for a reasonable attorney's fee, as costs, and other costs as allowed by law, in an amount to be set later by stipulation or on timely motion. All Wanzer's non-fee claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2018