# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ENAZ WANZER                                                    PLAINTIFF

v.                      No. 2:16-cv-145-DPM

KIPP DELTA CHARTER
SCHOOL DISTRICT                                  DEFENDANT

## ORDER

Notice of satisfaction, № 46, appreciated. The Court directs the Clerk to note that the Judgment, № 45, has been satisfied in full.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 August 2018